```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ELNORA FINANCE S.A.,                :
                                    :   08 Civ. 4875 (VM)
                Plaintiff,          :
                                    :
     - against -                    :   ORDER
                                    :
TRADE HOUSE OLEXANDRIA HLIB,        :
L.L.C.,                             :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9-3-08]

By Order dated May 27, 2008, the Court granted the application of plaintiff Elnora Finance S.A. authorizing a Marine Attachment and Garnishment as to defendant herein for a period of 90 days. The Court directed plaintiff to submit a status report on the matter within 90 days of that Order. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since the May 27, 2008 Order. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by September 8, 2008 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         3 September 2008

                              _____
                                    VICTOR MARRERO
                                       U.S.D.J.